```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
  MICHELLE HINDIN,                                       :
                                                         :
                              Plaintiff,                 :
                                                         :       22-CV-6671 (VSB)
                  -against-                              :
                                                         :            ORDER
  THE POPULATION COUNCIL, INC.,                          :
                                                         :
                              Defendant.                 :
                                                         :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On December 21, 2022, I discontinued this matter without prejudice to restoring the action to the docket if the application to restore was made within thirty (30) days.  (Doc. 18.)  On January 13, 2023, Plaintiff moved to restore the action to the docket and extend jurisdiction over settlement disputes for an additional forty-five (45) days.  (Doc. 19.)  On January 17, 2023, I granted the request to reopen the case, however I refused to retain jurisdiction over settlement disputes unless the settlement was filed on the public docket, or the terms were otherwise made public.  It has now been forty-five (45) days since I made this order.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice.

SO ORDERED.

Dated: March 3, 2023
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge